JS-6

J. CHRISTOPHER SMITH (BAR NO. 188864)
chris@jcsmithlawoffices.com
LAW OFFICES OF J. CHRISTOPHER SMITH
A PROFESSIONAL LAW CORPORATION
500 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 250-4888
Facsimile: (213) 250-0888

*Attorneys* for Plaintiff KRISTIN C. ANKUTA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN C. ANKUTA, individually, ) | Case No.: CV13-03187 MWF (PJWx) |
| ) | |
| Plaintiff, ) | Dist. Judge: Hon. Michael W. Fitzgerald |
| vs. ) | Mag. Judge: Hon. Patrick J. Walsh |
| ) | |
| CITY OF LOS ANGELES, a public ) | |
| entity; CHARLES EFFREM (Badge ) | [ORDER OF DISMISSAL |
| #9J070), individually and as a traffic ) | PURSUANT TO FRCP 41(a) |
| officer; S. COOPER (Badge #01493) ) | |
| individually and as a peace officer; ) | |
| HOLIDAY (Badge #06691) ) | |
| individually and as a peace officer; ) | |
| HENDERSON (Badge #03534) ) | |
| individually and as a peace officer; B.G. ) | |
| DAVIS (Badge #00442) individually ) | |
| and as a peace officer; and DOES 1-10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

1

**PROPOSED ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)**

# ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, the Court now rules as follows:

The above-captioned action is dismissed with prejudice by Plaintiff as against all Defendants pursuant to FRCP 41(a). As a result, the entire case has now been dismissed.

**IT IS SO ORDERED**.

Dated: April 23, 2014

By: _____
The Honorable Michael W. Fitzgerald
United States District Judge